**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

**IN RE:
BRADLEY ALAN HARRISON**                                            **CASE NO. 18-51317**
**DEBTOR**

**TRUSTEE'S
MOTION TO DISMISS**

Beverly M. Burden, Chapter 13 Trustee, by counsel, and pursuant to 11 U.S.C. §§ 105(a) and 1307(c)(1) moves this court for entry of an order dismissing this case for unreasonable delay by Debtor that is prejudicial to creditors.

Debtor filed a voluntary petition under chapter 13 of the Bankruptcy Code on July 17, 2018. The meeting of creditors was scheduled for August 22. Debtor was not able to appear for the meeting of creditors. The trustee rescheduled the meeting for September 14. Debtor did not appear for the rescheduled meeting.

Debtor's failure to attend the meeting of creditors constitutes a delay by Debtor that is prejudicial to creditors.

If the Court is inclined to allow Debtor another opportunity to attend the meeting of creditors, the trustee requests entry of an order providing for the dismissal of this case without need for further hearing if Debtor fails to attend the rescheduled hearing.

THEREFORE, the trustee requests that the Court enter an order dismissing this case, or alternatively, the Court enter an order providing for the dismissal of this case if Debtor fails to attend a rescheduled meeting of creditors.

Beverly M. Burden, Chapter 13 Trustee

By:  /s/ Cheryl E. James
Cheryl E. James,
Attorney for Trustee
Ky. Bar ID:  88883
P.O. Box 2204
Lexington, KY 40588-2204
(859) 233-1527
notices@ch13edky.com

## NOTICE

All parties take notice that the foregoing motion shall be heard at 9:30 a.m. on Thursday, November 1, 2018, in the U.S. Bankruptcy Court, chapter 13 courtroom, 100 East Vine Street, Lexington, Kentucky.

## CERTIFICATE OF SERVICE

A copy of the foregoing was served by electronic notice on Debtor's counsel Chadwick B. Hammonds, Esq. and by U.S. mail on Debtor at 107 Thoroughbred Way, Berea, Kentucky 40403 on September 18, 2018.

Beverly M. Burden, Chapter 13 Trustee

By:  /s/ Cheryl E. James
Cheryl E. James,
Attorney for Trustee