# UNITED STATES BANKRUPTY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:

Bradley Alan Harrison                                   Case Number: 18-51317

Debtor

## OBJECTION TO CLAIM

The Trustee objects to the claim of FREEDOMROAD FINANCIAL in the amount of $4,100.93, filed as claim number 6-1 on the basis that:

The claim was filed more than 70 days after the date of the filing of the chapter 13 petition. Bankruptcy Rule 3002(c). The trustee requests that the claim be disallowed. 11 U.S.C. § 502(b)(9). The trustee further requests that the order disallowing the claim apply to any purported amended claim filed by the creditor.

## NOTICE AND OPPORTUNITY FOR HEARING
## AND OBJECTION TO CLAIM

Notice is hereby given of this Objection to Claim. Unless a Response and Request for Hearing, stating grounds for opposing the Objection is filed within thirty (30) days of service of this Notice, an Order will be tendered sustaining the Objection and the matter will be submitted to the Court for decision. No hearing will be held unless a timely request for hearing is filed. Notice is further given that the attached order sustaining this objection is being tendered herewith.

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing was served electronically or by mail on October 24, 2018 to the persons and addresses indicated below.

/s/ BEVERLY M. BURDEN, TRUSTEE

Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527

FREEDOMROAD FINANCIAL                       HAMMONDS, CHADWICK B.
% CAPITAL RECOVERY GROUP 20016              Served Electronically Via ECF
P O BOX 29426
PHOENIX, AZ 85038-9426

FREEDOMROAD FINANCIAL
% CAPITAL RECOVERY GROUP
P O BOX 64090
TUCSON, AZ  85728-4090