UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

**BRADLEY ALAN HARRISON**                                           CASE NO. 18-51317

**DEBTOR(S)**

### ORDER

The chapter 13 trustee having filed a motion to dismiss this case for failure to appear at the previously set meetings of creditors; the matter having been heard and the court being sufficiently advised, IT IS ORDERED:

The debtor shall appear the rescheduled meeting of creditors or the case SHALL BE DISMISSED.

Order Tendered By:

/s/ Beverly M. Burden
Beverly M. Burden
Chapter 13 Trustee
KY #09330
PO Box 2204
Lexington KY  40588-2204
(859) 233-1527
notices@ch13edky.com


Copies To:

Debtor(s) by mail

Counsel for Debtor(s) via ECF

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: **Tuesday, November 06, 2018**
(tnw)