# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE:
BRADLEY ALAN HARRISON
DEBTOR

CASE NO. 18-51317

### AMENDED
### TRUSTEE'S REPORT AND
### RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED based on amended plan, Doc. 54

1.      The following documents have not been provided to the trustee in compliance with the Order to Debtor:

      a.  2017 federal tax returns.
      b. Certificate of Title to the 1997 Baja boat.

2.      The trustee is unable to determine whether the plan meets the liquidation test or whether the security interest of the creditor Citizens Guaranty Bank in the 1997 Baja boat is avoidable by the trustee until evidence of a properly perfected security interest is provided.

3.      According to the debtor's testimony at the creditors meeting, the debtor has domestic support obligations ("DSO").  The DSO creditors are not scheduled. The debtor should amend Schedule E/F to list the creditors even if the debtor is current on all DSO payments, and even if ongoing DSO payments are deducted from the debtor's wages, because the obligations constitute debts owed on claims as defined in § 101(5).  The trustee must have the name and address, if known to the debtor, of the persons owed the DSO. Furthermore, following completion of plan payments and in order to receive a discharge, the debtor must file a certification regarding DSO payments required by § 1328(a).

4.      There is a pending objection to confirmation of the plan filed by UKFCU. Any changes in valuation of collateral, interest rate, or treatment of secured claims required to resolve the objection might affect feasibility of the plan.

Beverly M. Burden, Chapter 13 Trustee

By:     /s/ Donald B. Smith
        Donald B. Smith,
        Attorney for Trustee
        Ky. Bar ID:  89052
        P.O. Box 2204
        Lexington, KY 40588-2204
        (859) 233-1527
        notices@ch13edky.com

CERTIFICATE OF SERVICE

The foregoing was served via ECF on Chadwick B. Hammonds, Esq. on June 28, 2019.

Beverly M. Burden, Chapter 13 Trustee

By:     /s/ Donald B. Smith
        Donald B. Smith,
        Attorney for Trustee