# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:   Bradley Alan Harrison
170 Thoroughbred Way
Berea, KY  40403

XXX-XX-3076

Case Number: 18-51317

## NOTICE OF ALLOWANCE OF CLAIMS

    The Chapter 13 Trustee gives notice to the creditors listed below, debtor, and debtor's counsel, of the allowance of claims as follows.  To the extent the allowance of claims contradicts the treatment of any claim in the confirmed plan, this Notice shall constitute a modification of the plan pursuant to 11 U.S.C. 1329.  Any objection must be filed within 30 days from the date of this Notice, served on the trustee, and set for hearing.

    At this time the trustee estimates that general unsecured creditors will receive 23.00% of the amount of their allowed claims.

### Schedule of Claims

| ID | Creditor Name | Claim Amount | Claimed Amount |
|----|---------------|--------------|----------------|
| 8 | CAPITAL ONE BANK USA NA<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $572.77 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 6046<br><br>4-1 Credit Card |
| 2 | CITIZENS GUARANTY BANK<br>% EAVES, OLDS, BOHANNON & FLOYD PLLC<br>218 WEST MAIN STREET<br>RICHMOND, KY  40475 | $11,173.34<br>Surrendered | SEC CLAIM - PER PLAN/ORDER<br>Interest Rate:   0.00<br>Acct No: 3076<br><br>1-1  1997 Baja Boat/Motor/Trailer |
| 9 | COMMONWEALTH CREDIT UNION INC<br>P O BOX 978<br>FRANKFORT, KY  40602-0978 | $18,288.78 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 7300<br><br>3-1  2015 Chevy Tahoe |
| 3 | EAVES OLDS BOHANNON & FLOYD PLLC<br>VIA ECF<br>, | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:   0.00<br>Acct No:<br><br>Citizens Guaranty Bank |
| 12 | FREEDOMROAD FINANCIAL<br>% CAPITAL RECOVERY GROUP 20016<br>P O BOX 29426<br>PHOENIX, AZ  85038-9426 | $4,100.93<br>Disallowed | DISALLOWED CLAIM<br>Interest Rate:   0.00<br>Acct No: 2346<br><br>6-1:  2009 Polaris RZR 800LE |

**Schedule of Claims**

| ID | Creditor Name | Claim Amount | Claimed Amount |
|----|---------------|--------------|----------------|
| 17 | FREEDOMROAD FINANCIAL<br>% CAPITAL RECOVERY GROUP<br>P O BOX 64090<br>TUCSON, AZ  85728-4090 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:    0.00<br>Acct No: |
| 0 | HAMMONDS, CHADWICK B.<br>HAMMONDS LAW OFFICE<br>133 PLAZA DRIVE<br>SUITE 2<br>BEREA, KY  40403 | $0.00 | ATTORNEY FEE<br>Interest Rate:    0.00<br>Acct No: |
| 1 | LERNER SAMPSON & ROTHFUSS<br>VIA ECF<br>, | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:    0.00<br>Acct No:<br><br>Primelending |
| 5 | PRIMELENDING A PLAINS CAPITAL CO<br>% CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING, NJ  08618 | $115,668.46<br>Paid Outside per Plan o | MTG DEBTOR DIRECT PAY<br>Interest Rate:    0.00<br>Acct No: 5447<br><br>5-1 Mortgage Property Address:<br>170 Thoroughbred Way, Berea, KY<br>40403-8761 |
| 16 | PRIMELENDING A PLAINS CAPITAL CO<br>% CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING, NJ  08618 | $13,262.71 | PRE-PETITION ARREARAGE<br>Interest Rate:    0.00<br>Acct No: 5447<br><br>5-1 Linked Mortgage Property Address<br>(Claim 5):<br>170 Thoroughbred Way, Berea, KY<br>40403-8761 |
| 18 | STOLL KEENON OGDEN PLLC<br>VIA ECF<br>, | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:    0.00<br>Acct No:<br><br>UKFCU |
| 6 | UNIVERSITY OF KENTUCKY FCU<br>1730 ALYSHEBA WAY<br>LEXINGTON, KY  40509 | $21,490.42<br>Relief Granted | VEHICLE CLAIM<br>Interest Rate:    0.00<br>Acct No: 1662<br><br>2-1:  2017 Polaris RZR 900 |

Date:    September 27, 2019

/s/ BEVERLY M. BURDEN, TRUSTEE_____

Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527